**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **TIFFANY CUNDIFF,** Administrator of the Estate of Talent A. Bradley, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>**FRANKLIN COUNTY, OHIO,** et al.,<br><br>Defendants. | **CASE NO.: 2:24-CV-00289-EAS-EPD**<br><br>**JUDGE: EDMUND A. SARGUS**<br><br>**SUGGESTION OF ASSIGNMENT FOR BENEFIT OF CREDITORS** |

**YOU ARE HEREBY** notified that Daniel J. Stermer ("Assignee"), not individually but solely in his capacity as Assignee for the benefit of creditors of the estate of Armor Health Management, LLC, f/k/a Armor Correctional Health Services, Inc. (the "Assignor"), filed a Petition for Assignment for the Benefit of Creditors (the "Petition") in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida on October 11, 2023, Case No. 2023-024558-CA-01 (the "Assignment Case"). You are advised that, with the filing of the Petition, all property of the Assignor, both real and personal, became subject to the jurisdiction of the Miami-Dade Circuit Court in the Assignment Case pursuant to the provisions of Chapter 727, Florida Statutes.

Pursuant to § 727.105, Fla. Stat., upon the filing of the Petition, proceedings may not be commenced against the Assignee except as provided in Chapter 727, Florida Statutes, but nothing in such Chapter affects any action or proceeding by a governmental unit to enforce such governmental unit's police or regulatory power. Further, except in the case of a consensual lienholder enforcing its rights in personal property or real property collateral, there shall be no levy, execution, attachment, or the like in respect of any judgment against assets of the Estate in the possession, custody, or control of the Assignee.

The filing of this Suggestion of Assignment is not intended by undersigned counsel or the Assignee to be a general appearance in this cause.

Dated this 25th day of February, 2025.

By: ______________________________

Derek C. Smith, Esq. (69096)
VENABLE LLP
227 W. Monroe Street, Suite 1900
Chicago, IL 60606
Telephone: (312) 820-3400
Facsimile: (312) 820-3401
Email: dcsmith@venable.com

-and –

Paul J. Battista, Esq. (not admitted in this district)
Allison R. Day, Esq. (not admitted in this district)
Avi Zemel, Esq. (not admitted in this district)
VENABLE LLP
801 Brickell Avenue, Suite 100
Miami, FL 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310
Email: pjbattista@venable.com
Email: arday@venable.com
Email: azemel@venable.com
*Attorneys for Assignee*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing has been served via the Court's CM/ECF Notification to all parties entitled to receive notice on this 25th day of February, 2025.

By: ______________________________
Derek C. Smith (69096)