**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**TIFFANY CUNDIFF,**

**Plaintiff,**

**v.**

**Case No. 2:24-cv-289**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Elizabeth P. Deavers**

**FRANKLIN COUNTY, OHIO, *et al.*,**

**Defendants.**

**ORDER**

This matter is before the Court on the Court's February 24, 2025, Order directing Defendant Armor Correctional Health Services, Inc. to show cause why default should not be entered against it for failure to defend under Rule 55(a) of the Federal Rules of Civil Procedure. (Show Cause Order, ECF No. 37.) The Court issued the Show Cause Order after Armor Correctional Health Services, Inc., failed to comply with this Court's previous Order to obtain counsel because a private corporation cannot proceed *pro se* in matters before this Court. (*See* ECF Nos. 36, 37.)

On February 25, 2025, Daniel J. Stermer filed notice with the Court that, under a Petition filed in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida in October 2023, he is the "Assignee for the benefit of credits of the estate of Armor Health Management, LLC, f/k/a Armor Correctional Health Services, Inc." (ECF No. 38.) Mr. Stermer notes that under § 727.105, Fla. Stat., "there shall be no levy, execution, attachment, or the like in respect of any judgment against assets of the Estate in the possession, custody, or control of the Assignee." (*Id.*) He does not make any request of this Court and does not otherwise notify the Court about the status of Armor Correctional Health Services, Inc. as a Defendant or its failure to obtain counsel in this

case.

The Court finds that Defendant Armor Correctional Health Services, Inc. failed to comply with the Show Cause Order. (ECF No. 37.) Accordingly, the Court **DIRECTS** the Clerk to enter default against Defendant Armor Correctional Health Services, Inc. If Plaintiff Tiffany Cundiff intends to file for default judgment against Defendant Armor Correctional Health Services, Inc., she is **ORDERED** to do so **within 7 days of this Order.** Plaintiff is warned that if she does not move for default judgment against Armor Correctional Health Services, Inc. or otherwise provide notice of how she intends to proceed with the claims against it within 7 days of this Order, the Court will dismiss Plaintiff's claims against that defendant only for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.

This case remains open.

**IT IS SO ORDERED.**

3/4/2025
**DATED**

s/Edmund A. Sargus, Jr.
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**