**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Tiffany Cundiff, Administrator of the Estate of Talent Bradley, deceased, | ) | Case No. 2:24-cv-00289 – EAS-EPD |
| Plaintiff, | ) | Judge Edmund Sargus |
| vs. | ) | |
| Franklin County, Ohio, et al., | ) | |
| Defendants. | ) | |

**<u>DEFENDANTS' MOTION TO MODIFY THE CASE SCHEDULE</u>**

Now comes Defendants, Asha J. Kosgey, APRN-CNP, Benjamin S. Latelle, LISW, Amy L. Garbrecht, Psy.D., MiKael White-Davis, LPC, and Deanna R. Littick, LPCC-S, MHD, by and through counsel, and request the Court to modify the case schedule by approximately 90 days. Thus far, the parties have yet to complete any meaningful discovery while the Motions for Judgment on the Pleadings remained pending.

After the Court issued its Opinion and Order (ECF No. 42), the parties began to proceed with written discovery and are in the process of scheduling depositions. But to allow the parties to adequately complete discovery, additional time is necessary. Defendant Franklin County Board of Commissioners likewise agrees with the request to modify the case schedule by 90 days, but its counsel is out of the country and unable to review the instant motion.

Notwithstanding, Defendants respectfully request that this Court modify the case schedule as follows:

- Rebuttal Reports: June 20, 2025
- Discovery Deadline: October 24, 2025

- Dispositive Motions: December 26, 2025

This request is not made for purposes of delay but to provide the parties with sufficient time to complete discovery on the merits of this matter. Defendants do not anticipate that any additional modification of the case schedule will be required.

Respectfully submitted,

*/s/ Melvin J. Davis*

Melvin J. Davis (0079224)
REMINGER CO., L.P.A.
200 Civic Center Drive, Suite 800
Columbus, OH 43215
Phone: (614) 228-1311 / Fax: (614) 232-2410
Email: mdavis@reminger.com
*Attorneys for Defendant, Asha J. Kosgey, APRN-CNP, Benjamin S. Latelle, LISW, Amy L. Garbrecht, Psy.D., MiKael White-Davis, LPC, and Deanna R. Littick, LPCC-S, MHD*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed on April 14th, 2025, via the Court's CM/ECF system and that service will be accomplished via the Court's CM/ECF system.

/s/ *Melvin J. Davis*

Melvin J. Davis (0079224)