# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

TIFFANY CUNDIFF,

    **Plaintiff,**

|  |  |
|---|---|
|  | **Civil Action 2:24-cv-0289** |
|  | **Judge Edmund A. Sargus, Jr.** |
| v. | **Magistrate Judge Elizabeth P. Deavers** |

FRANKLIN COUNTY, OHIO, *et al.*,

    **Defendants.**

## ORDER

This matter is before the Court on the Joint Motion for Partial Dismissal Without Prejudice.  (ECF No. 70.)  Plaintiff seeks to sever and dismiss Defendant Franklin County Board of Commissioners.  (*Id.*)  The Motion is **GRANTED**.  Pursuant to Federal Rule of Civil Procedure 21, Defendant Franklin County Board of Commissioners is hereby **SEVERED** and **DISMISSED without prejudice** from this action.

    **IT IS SO ORDERED.**

Date: February 27, 2026

                                               **/s/ *Elizabeth A. Preston Deavers***
                                               **ELIZABETH A. PRESTON DEAVERS**
                                               **UNITED STATES MAGISTRATE JUDGE**